UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARLA IANNELLI and TONY GAINEY,

    Plaintiffs,

v.      Case No: 5:21-cv-485-MSS-PRL

CITRUS MEMORIAL HOSPITAL, INC.,

    Defendant.

## ORDER

This matter is before the Court on the parties' joint motion to stay discovery pending resolution of Plaintiffs' motion to remand and Defendant's motion to dismiss. (Doc. 19). Upon due consideration, the parties' motion (Doc. 19) is GRANTED to the extent that all discovery proceedings and deadlines (including those set forth in Local Rule 3.02(a)(2)), are **STAYED** pending resolution of Plaintiffs' motion to remand.

**DONE** and **ORDERED** in Ocala, Florida on November 15, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties